## Important Privacy Notice

REC'D NOV 17 2025

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MR. PAUL F. Mitchell
PROUD GRADUATE OF the ART
Institute of Philadelphia

MAN of GoD
SOLDIER / ARTIST
① BROAD STREET LOVE
(NEW NAME)
MINISTRY LAST NAME

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

③ ROOSEVELT DARBY CENTER ② CENTER of HOPE
MR KEVIN, DEDRA, TERESA      Housing CASE MANAGER
All the SAME ADDRESS         TEDRA DEVEAUX
804 N BROAD STREET           AND
Philadelphia, PA 19130

SECURITY GUARD SCOTLAND YARD
SECURITY GUARD

**COMPLAINT**

Jury Trial: ☐ Yes   ☐ No

(check one)

REC'D NOV 17 2025

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            PAUL F. Mitchell
            Street Address  315 S BROAD STREET
            County, City    Philadelphia, PA 19107
            State & Zip Code
            Telephone Number

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*[handwritten: Unknown BOT SAID TODAY]*
*[handwritten margin note: SUITING DATES 11-14-25 AND TODAY 11-17-25]*

Defendant No. 1 *[handwritten left margin: ROOSEVELT DARBY CENTER / SCOTLANDYARD SECURITY]*
Name **KEVIN**
Street Address **804 N BROAD STREET**
County, City **Philadelphia, PA 19130**
State & Zip Code

Defendant No. 2 *[handwritten: All 3 Defendants TITLE ABOVE SECURITY GUARD]*
Name **DEBRA**
Street Address **(SAME) AS ABOVE**
County, City
State & Zip Code

Defendant No. 3
Name **TERESA**
Street Address **SAME AS ABOVE**
County, City
State & Zip Code

Defendant No. 4
Name **MARY DESK CLERK (SECRETARY)**
Street Address
County, City
State & Zip Code

II.  Basis for Jurisdiction:  *[handwritten: BIAS / PREJUDICE FABRICATE SHELTER PLACEMENT discrimination AS WELL VERBAL ASSAULTS]*

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ❏ Federal Questions        ❏ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 11-14-25 Fabricate placement for shelter

11-17-25 told to leave while asking question for placement

B. What date and approximate time did the events giving rise to your claim(s) occur? told to stand out in cold and police called today 11-17-25

[What happened to you?]
C. Facts: Above your Honorable Judge of the said Court United States District Court for the Eastern District Court of Pennsylvania 601 Market Street Philadelphia, PA 19106

[Who did what?]
(Above)

[Was anyone else involved?]
(Above)

[Who else saw what happened?]
10 to 15 citizens (Philadelphia)

IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

*Notice to be sent to places of Business your Honorable Judge*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of NOVEMBER, 20 25

Signature of Plaintiff  *Paul F. Mitchell*

Mailing Address  *College Graduate of the ART Institute of Philadelphia*

Telephone Number

Fax Number *(if you have one)*

E-mail Address

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

*CHECK Also to be left with clerk of court of U.S. District Court of Clerk's Office AND All previous CASES to be REOPENED your Honorable Judge For me*

For Prisoners: *filing out prisoner complaints section 1983.*

I declare under penalty of perjury that on this 17 day of NOVEMBER, 20 25, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: *Paul F. Mitchell*

Inmate Number  NONE